UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SCHEDRICK CAMPBELL,

                                        Plaintiff,

-AGAINST-

THE CITY OF NEW YORK, DET. WHITE, P.O. "JANE DOE"
AND P.O. "JOHN DOE" 1-10.

1 'THROUGH' 10 INCLUSIVE, THE NAMES OF THE LAST
DEFENDANTS BEING FICTITIOUS, THE TRUE NAMES OF
THE DEFENDANTS BEING UNKNOWN TO THE
PLAINTIFF.

                                        Defendants.

----------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

12-CV-0011 (KAM)(SMG)

DOCKET & FILE

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed with prejudice.

Dated:  New York, New York
              _____, 2012

Paul Hale, Esq.
*Attorney for Plaintiff*
26 Court Street, Suite 913
Brooklyn, New York 11201


By: _____
      Paul Hale, Esq.

So Ordered,
s/KAM
_____
Kiyo A. Matsumoto
U.S. District Judge

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-212
New York, New York 10007

By: _____
      Ryan G. Shaffer
      Assistant Corporation Counsel

SO ORDERED:

_____
KIYO A. MATSUMOTO, U.S.D.J.